IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DARION L. SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>MARC OGE, and CITY OF BRUNSWICK, GEORGIA,<br><br>    Defendants. | CIVIL ACTION NO.: 2:24-cv-130 |

**O R D E R**

Defendant City of Brunswick filed a Motion to Stay and asks the Court to stay discovery and the obligations under Federal Rule of Civil Procedure 26, pending a ruling on its motion to dismiss. Doc. 6. Plaintiff has not responded, and the time to do so has expired. Accordingly, the Court **GRANTS** this Defendant's Motion as unopposed under Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to a motion."), and **STAYS** the discovery obligations and deadlines in this case, pending a ruling on this Defendant's motion to dismiss. This stay will be automatically lifted upon the issuance of a Court order ruling on the motion to dismiss, if any claims remain pending. The Court **DIRECTS** the parties to confer within 14 days of a ruling on the motions to dismiss and, if the claims remain pending, to file a Rule 26(f) report 7 days after their conference.

**SO ORDERED**, this 17th day of March, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA