IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DARION L. SIMMONS, | |
| Plaintiff, | CIVIL ACTION NO.: 2:24-cv-130 |
| v. | |
| MARC OGE, | |
| Defendant. | |

**O R D E R**

Plaintiff filed his Complaint on November 15, 2024.  Doc. 1.  The Court issued its standard Rule 26 Instruction Order on November 18, 2024.  Doc. 3.  On February 25, 2025, counsel for former Defendant City of Brunswick, who is the same counsel for Defendant Oge, filed a motion to dismiss.  Doc. 5.  Defendant Oge was served on August 5, 2025, and filed his Answer on August 26, 2025.  Docs. 18, 19.

Federal Rule of Civil Procedure 26(f) requires the parties to meet and confer at the initiation of a lawsuit.  Rule 26 requires the parties to discuss a number of things, including the prospects for resolving a case, initial discovery disclosures, and a proposed discovery plan.  The attorneys of record are "jointly responsible" for scheduling and attending the conference.  Fed. R. Civ. P. 26(f)(2).  Further, under Local Rule 26.1(a) of this Court, the parties must hold the Rule 26(f) conference by the earlier of 60 days after any defendant has been served with the complaint or 45 days after any defendant has appeared.  Within 14 days of that conference, the parties are to file a report with the Court.  Local R. 26.1(b); Doc. 3.  Despite these guidelines and instructions from the Court, the parties have not filed their Rule 26(f) report.

Accordingly, the Court **ORDERS** the parties to confer under Rule 26(f) within seven days of this Order and submit a Rule 26(f) report within seven days of their Rule 26(f) conference.  The parties are to use and fully complete the Rule 26(f) form for use in Judge Wood/Judge Cheesbro cases, which can be found on the Court's website.

**SO ORDERED**, this 21st day of October, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA